IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BABY DOE, a minor, by and through her mother, and INFANT DOE, a minor, by and through her mother, on behalf of themselves and all others similarly situated; O. DOE, an individual; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>                       Plaintiffs,<br><br>                       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>                       Defendants. | Civil Action No. 25-cv-10135 |

**NOTICE OF APPEARANCE**

       I, Mirian Albert, herein respectfully request this Court note my appearance as counsel for Plaintiffs Baby Doe, Infant Doe, O. Doe, Brazilian Worker Center, Inc., and La Colaborativa in the above-entitled action. I certify that I am admitted to practice in this Court and in good standing.

Dated: January 21, 2025                    Respectfully submitted,

                                                                */s/ Mirian Albert*
                                                                Mirian Albert (BBO #710093)
                                                                Lawyers for Civil Rights
                                                                61 Batterymarch Street, 5th Floor
                                                                Boston, MA 02110
                                                                malbert@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: January 21, 2025

*/s/ Mirian Albert*_____
Mirian Albert (BBO #710093)