**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration, <br><br> Defendants. | Civil Action No. 25-10136-LTS |

_____ C     C     C

**DECLARATION OF O. DOE**

I, O. Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. I am originally from Haiti, and I am 7 months pregnant with my second daughter. I am due on or around March 23, 2025.

2. My husband and I have Temporary Protected Status (TPS) and pending asylum applications, which we have because of the collapse of Haiti.

3. My first daughter was born in the United States and is seven years old.

4. My family and I cannot safely return to Haiti, especially after the assassination of the Haitian President and serious political instability, including coups d'état.

5. The hardships include the social and economic collapse of the country, which makes it dangerous and life-threatening to return for myself and my family, including my soon-to-be-born child.

6. That's why we now live in the United States, for our own safety and the safety of my children, including the baby I am now carrying.

7. I now understand that my child will be born in a stateless condition due to the new Executive Order, "Protecting the Meaning and Value of American Citizenship," on birthright citizenship.

8. On Monday, after learning about the Executive Order, I was overwhelmed with anxiety. Deeply concerned about how this might affect my baby, I reached out to a health center for support and connected with a therapist. They were able to schedule me for future appointments.

9. I feel utterly helpless knowing that my baby's citizenship could be at risk solely because of my husband's and my immigration status.

1

10. Despite both my children being born on U.S. soil, my youngest will be unable to exercise the rights of U.S. citizenship. She will be treated as a second-class citizen and will have less access to resources.

11. This is extremely demoralizing and frightening, and I am very scared for the safety of my child. How can I keep my child safe from being deported to a collapsed Haiti?

12. This is a country made of immigrants. It does not belong to one racial group. I pray that the Executive Order is stopped by the courts, as this is something that has been established in this country for over a century.

13. As a person who has fled turmoil and upheaval, I know firsthand that my child needs the full protection of U.S. citizenship. This is essential. It's indispensable.

Signed under pains and penalty of perjury, this 23 day of January 2025.