**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA, <br><br>             Plaintiffs, <br><br>      v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration, <br><br>             Defendants. | Civil Action No. 25-10135-LTS |

<u>**DECLARATION OF GLADYS VEGA**</u>

I, Gladys Vega, am the President & CEO of La Colaborativa, and I make this declaration based on my personal knowledge and information provided by our members. I declare under penalty of perjury that the following is true and correct:

1. La Colaborativa is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 318 Broadway, Chelsea, MA 02150.

2. La Colaborativa is a membership organization with a mission to enhance the social, environmental, and economic health of the Chelsea community and its people.

3. La Colaborativa represents a community largely composed of Latinx immigrants, including many undocumented individuals and members of mixed-status families. For decades, the organization has championed the rights of immigrant families—both those

with and without legal status—who are integral to sustaining urban economies like Chelsea's. Many served as essential workers at the height of the COVID pandemic.

4. Our organization serves hundreds of immigrant mothers and expecting mothers, many of whom are Temporary Protected Status (TPS) recipients, Deferred Action for Childhood Arrivals (DACA) recipients, asylum applicants, or have other immigration statuses such as parole. Many of these mothers have children born in the United States and are citizens by birth.

5. The Trump Administration's Executive Order, "Protecting the Meaning and Value of American Citizenship," to eliminate birthright citizenship would inflict profound harm on our members and their families, particularly on the health, legal stability, and well-being of children born to immigrant parents.

6. Many of our members rely on hospitals to assist with critical documentation, such as obtaining Social Security numbers and birth certificates for their newborns. This Executive Order would interfere with those processes, delaying access to essential services.

7. Any interruption in these longstanding processes would create additional and significant burdens on our organization and staff, who will have to intervene to help our members in the absence of other support. This will entail diverting resources from our current programming and priorities to address the unfolding crisis in our membership.

8. Just today, our staff has started responding to dozens of member inquiries and concerns, especially surrounding birthright citizenship.

9. For example, one of our members, "Daisy," a 31-year-old Chelsea resident originally

from Honduras, is eight months pregnant. Both she and her husband are asylum seekers. Daisy worries that without U.S. citizenship, her child would be ineligible for medical insurance or public assistance, leaving the family to face overwhelming medical bills they cannot afford. This would place an even greater strain on a family already struggling financially, potentially causing long-term hardships for both Daisy and her baby

10 Another member, "Angela," a 32-year-old Chelsea resident originally from El Salvador, has lived in the U.S. for 10 years and is currently eight months pregnant. Both Angela and her husband are undocumented. Angela is deeply concerned about the Executive Order, fearing that her baby might lack proper documentation, which could limit their opportunities and jeopardize their future. The stress of these uncertainties, coupled with her advanced pregnancy, has heightened both the emotional and financial pressures on her family during an already challenging time.

11 The panic and stress at the community level make sense because citizenship status is often a prerequisite for accessing many benefits and federally funded healthcare programs. Without citizenship, our member's newborns may face restricted access to preventive care, vaccinations, and other critical health services, exacerbating health disparities.

12 Our members who are undocumented may delay or avoid seeking medical care altogether due to confusion, fear of deportation, or stigma, putting their children at heightened risk for untreated conditions and developmental delays.

13 Our members are deeply concerned about the emotional toll this policy would take on their children, who may grow up feeling stigmatized, excluded, and alienated in the

only country they know as home.

14. The prospect of raising children deemed "stateless" or lacking full citizenship rights would cause immense stress and anxiety, undermining the mental health and stability of entire families.

15. The Executive Order has already created a chilling effect, deterring immigrant families from seeking critical services, such as health care, out of fear that doing so could jeopardize their children's status or attract unwanted scrutiny.

16. This climate of fear forces many families to withdraw from essential public programs and avoid engaging with institutions, which undermines community trust and exacerbates health and economic disparities among immigrant populations.

17. As an organization, we are already experiencing the surge in demand for assistance, including navigating complex legal systems, advocating for children's rights, and addressing the fallout of delayed or denied services. These resources could otherwise be directed toward empowering families and advancing systemic change.

18. We strongly oppose any policy that would strip children of their birthright citizenship, as it undermines fundamental principles of fairness, equality, and human dignity. Such a policy would not only harm individual families but also erode the social fabric and foundational values of our nation.

Signed under pains and penalty of perjury, this 23 day of January 2025.

Gladys Vega

President & CEO

La Colaborativa