## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 25-10136-LTS |

### **DECLARATION OF THE BRAZILIAN WORKER'S CENTER**

I, Lenita Reason, am the Executive Director of the Brazilian Worker Center, and I make this declaration based on personal knowledge and information provided by our members. I declare under penalty of perjury that the following is true and correct:

1. The Brazilian Worker Center (BWC) is a women-led non-profit organization dedicated to supporting immigrants in defending and advancing their labor and immigrant rights, particularly those of domestic workers. The BWC's principal place of business is 14 Harvard Avenue in Boston.

2. The BWC represents a community largely comprised of Latinx immigrants, with a focus on the Brazilian population. Since 1995, the organization has provided support to families, both those with and without legal status, as they navigate life in the United States through various programs and initiatives designed to address their specific challenges and enhance their well-being.

3. The BWC is a membership organization dedicated to empowering immigrants and advocating for economic and social justice within the Greater Boston region. Members pay an annual fee of $50. However, this fee can be waived if the potential member is low-income and is unable to pay. The process is streamlined for individuals or families experiencing trauma or crisis, such as domestic violence or homelessness, to make membership accessible for vulnerable members.

4. The BWC organization offers comprehensive training programs on workplace rights and provides holistic community support services. These services include but are not limited to assistance with rent support applications, school enrollment, English as a Second Language (ESL) classes, and communication with federal agencies, such as the U.S. Citizenship and Immigration Services.

5. The BWC is also currently engaged with the State of Massachusetts to provide support to newly arrived immigrants in the U.S. As a part of this initiative, the BWC has been designated as a Welcome Center for these immigrant families.

6. The Welcome Center is dedicated to serving as a central point of entry for these families, connecting them with essential resources, such as emergency housing, services, and transportation to ensure a safe and secure transition.

7. Our members have expressed deep concern regarding the Trump Administration's Executive Order, "Protecting the Meaning and Value of American Citizenship," to eliminate birthright citizenship.

8. Many of our immigrant mothers already have so much fear about reaching out for help, even when it is for life-saving resources. Several expecting mothers have arrived at our Welcome Center seeking stable housing and other resources, but they are already saying

that they are hesitant to seek help because of the Executive Order. They are afraid to expose their newborn children to additional scrutiny, stigma, or discrimination.

9. Take, for instance, "Catarina," a 36-year-old Brazilian immigrant and member, who is eight months pregnant. Her arrival in the U.S. has interrupted her access to regular prenatal care, relying instead on services provided by the BWC. Both Catarina and her husband are undocumented. She has expressed intense fear and anxiety upon learning about the Executive Order and the potential consequences it may have for her child.

10. Like Catarina, many of our members, including other undocumented women who are pregnant or planning to grow their families in the future, have approached us with confusion and panic. They are uncertain about how the Executive Order will be enforced, who it affects, and whether their future children will be able to obtain a passport or other federal documents recognizing their child's citizenship.

11. Many of the BWC's members are navigating unique challenges as part of mixed-status families, balancing the need to care for their U.S.-born children while managing their own precarious immigration statuses. Many families are also in lengthy and prolonged immigration proceedings, such as asylum and other types of relief that may take multiple years to come to a final decision or adjudication.

12. The Executive Order would force the BWC to stretch its resources further, addressing a surge in demand for assistance with federal documentation and legal challenges that would disproportionately impact already vulnerable families.

13. The threat of eliminating birthright citizenship is already creating a climate of mistrust, making it harder for organizations like the BWC to connect immigrant families with the resources they need to thrive, such as education, healthcare, and housing support.

14. The BWC is particularly concerned about the long-term consequences for children of immigrant parents, who may grow up in an environment where their legal status and rights are constantly questioned and challenged.

15. By serving as a central resource hub for immigrant families, the BWC has seen firsthand how policies targeting immigrants create ripple effects, leading to economic instability and social isolation within communities.

16. The BWC's work is rooted in the belief that all families deserve dignity, stability, and a chance to build a better future, values that are directly threatened by the Executive Order.

17. Eliminating birthright citizenship would add an unnecessary layer of bureaucracy, disproportionately affecting low-income and marginalized families who already face systemic barriers to accessing vital services.

18. The BWC stands committed to protecting the rights of all immigrant families, recognizing that the strength of its community depends on the inclusion and support of every individual, regardless of their citizenship or immigration status.

Signed under pains and penalty of perjury, this 23 day of January 2025.

*Lenita Reason*
Lenita Reason