IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>                     Plaintiffs,<br><br>               v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>                     Defendants. | Civil Action No. 25-10136-LTS |

## **DECLARATION OF ROSE L. MOLINA, M.D., M.P.H.**

I, Rose L. Molina, M.D., M.P.H. make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

**Background**

1. I am a board-certified obstetrician-gynecologist at The Dimock Center (a federally qualified community health center) and Beth Israel Deaconess Medical Center.

2. I am an Associate Professor of Obstetrics, Gynecology, and Reproductive Biology at Harvard Medical School. I am the Faculty Director of the Health Equity Theme and the Medical Language Program at Harvard Medical School.

3. I completed the Global Women's Health Fellowship at Brigham and Women's Hospital and obtained a Master of Public Health in Clinical Effectiveness from Harvard T.H. Chan

School of Public Health.

**Processing of Social Security Applications in Hospitals**

4. As an obstetrician-gynecologist and as a mother, I am familiar with the process by which families obtain Social Security numbers/cards for their newborns.  The process is very straightforward because a hospital's certification that a child was born in the United States has traditionally been all that is needed for the federal government to issue a child a Social Security card as a U.S. citizen

5. The Enumeration at Birth (EAB) program is a collaborative initiative between hospitals, state agencies, and the Social Security Administration (SSA). This program allows parents to obtain a Social Security number for their newborns during the birth registration process at hospitals.

6. The EAB eliminates the need to gather documents and visit a Social Security office, as the hospital transmits the necessary birth information electronically to the SSA.  The EAB program is voluntary. However, SSA reports that nearly all parents—approximately 99%—utilize EAB to obtain a Social Security number for their child.[1]  This is consistent with the high rates of usage that I have seen in my practice.

7. Through the EAB, the hospital provides parents with a very simple form to fill out (Form SSA-2853).[2] After the hospital submits the birth registration information, the SSA mails the child's Social Security card with a Social Security number to the parents within a few

---

[1] *See* Social Security Administration, *Bureau of Vital Statistics: Updated State Processing Guidelines for the Enumeration at Birth Program, at 4* (Nov. 2024), https://www.ssa.gov/dataexchange/documents/Updated%20State%20Processing%20Guidelines%20for%20EAB.pdf.
[2] *Id.* at 5.

weeks. In Massachusetts, SSA currently estimates that parents should receive the card in approximately two weeks.[3]

8. This streamlined process ensures that families receive their child's Social Security card efficiently, facilitating tasks such as adding the child to health insurance policies, claiming tax benefits, or opening a savings account.

**Health Outcomes Associated With Citizenship**

9. A child's citizenship status significantly impacts their access to healthcare and health outcomes. U.S. citizenship ensures eligibility for vital programs like Medicaid and the Children's Health Insurance Program (CHIP), providing preventive care, immunizations, and treatment that support healthy development. While some states have programs to provide medical services to non-citizen children, there remain gaps between health access for citizen and non-citizen children.

10. Infants are among the most vulnerable populations, requiring frequent healthcare visits in their early months to ensure healthy development. Limited access to healthcare significantly increases their risk of adverse outcomes, including low birth weight complications and a higher likelihood of infant mortality.[4]

11. Infants with citizenship are more likely to access routine care without barriers, leading to better management of chronic conditions, early detection of issues, and overall improved health. By contrast, infants without citizenship often face restricted access, delays in care,

---

[3] Social Security Administration, *How Long Does It Take to Get My Child's Social Security Number?*, https://www.ssa.gov/faqs/en/questions/KA-01969.html (last visited Jan. 17, 2025).
[4] *See* Institute of Medicine, Committee on the Consequences of Uninsurance, *Health Insurance is a Family Matter*, 6 (2002), https://www.ncbi.nlm.nih.gov/books/NBK221019/.

and greater exposure to health disparities. These obstacles can result in untreated conditions, undermining their well-being.[5]

**Effects of Executive Order Eliminating or Eroding Birthright Citizenship:**

12. Allowing the elimination or erosion of birthright citizenship through an Executive Order would significantly disrupt the efficient relationship between hospitals, state agencies and the federal government. It would also create immediate and long-term harm to children. Even in states like Massachusetts, where basic care may be accessible, non-citizen infants may face delays, limited coverage, and difficulties navigating employer-based insurance, harming medical outcomes.

13. Allowing the elimination or erosion of birthright citizenship through an Executive Order would disrupt the timely issuance of essential documentation for children at birth, as facilitated by the EAB program. This would happen not only for children of undocumented parents, but for all children. Children born to citizen parents would need to find some way to establish the citizenship of their parents. Currently, that is not necessary because being born in the United States establishes citizenship.

14. Allowing the elimination or erosion of birthright citizenship through an Executive Order would restrict access to vital healthcare services for infants, a particularly vulnerable population, as social science research shows they are more susceptible to health risks and complications. Any bureaucratic barriers that impede access to healthcare can become highly problematic very quickly.

15. Allowing the elimination or erosion of birthright citizenship through an Executive Order

---

[5] *Id.*

-5-

would also add to the chilling effect of immigrant families being discouraged to seek out necessary medical attention, leading to missed preventive services and untreated conditions. Even where families are entitled to receive care, where there is confusion and uncertainty, we see families foregoing needed care.

Signed under pains and penalty of perjury, this 19th day of January 2025.

_____
Rose L. Molina, M.D., M.P.H.