IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>                          Plaintiffs,<br><br>                 v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>                          Defendants. | Civil Action No. 25-10136-LTS |

## **DECLARATION OF CAROL GALLETLY**

      I, Carol Galletly, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

**Background**

1. I am an Associate Professor at a private medical school, pharmacy school, and graduate school of sciences. I hold a PhD in Health Education, as well as a JD, from the Ohio State University.

2. My research applies empirical methods to guide the development of sound law and policy on critical issues at the intersection of individual behavior and public health. My research addresses topics including sexual health, HIV seropositive status disclosure, stigma, and the assessment of structural-level HIV prevention interventions.

3. Among other areas of study, my work focuses on the interaction between public

1

health and immigration law.

**The Interaction Between Public Health and Immigration Status**

4. Persons whose immigration status is undocumented may be afraid of being identified and thus may avoid interacting with public health representatives. Their legal fears may prompt them to go "undergound," out of the reach of public health. Concerns about confidentiality, collaborations between public health officials and immigration enforcement, and running afoul of immigration-related laws and regulations can prompt them to avoid traditional public health epidemic response measures—disease testing, prompt treatment, vaccination, and contact tracing. This can increase morbidity and mortality within the population as a whole.

5. Undocumented immigrants' fear of being identified may make them reluctant to provide the information necessary for public health contact. Yet contact with individuals is critical to reduce transmission and prevent morbidity and mortality. Immigrants' concerns about being identified can extend to undocumented family members, co-workers, and others. They may be afraid lest undocumented others are identified. These others who may have been exposed but not contacted are denied the benefit of disease testing and of transmission information and may unknowingly risk the forward infection of a disease that public health officials are attempting to contain.

**Effects of Executive Order Eliminating Birthright Citizenship**

6. If, based on an Executive Order, Social Security stopped issuing social security numbers or cards to people with a US birth certificate because this document was no longer sufficient to establish citizenship, public health would be compromised. The

number of undocumented residents in the US would be greatly expanded. Public health disease control efforts could be undermined as undocumented immigrants seek to avoid detection. Further, undocumented persons face barriers to healthcare and safe employment, contributing to the spread of disease.

Signed under pains and penalty of perjury, this 20th day of January 2025.

*/s/ Carol Galletly JD, PhD*

Carol Galletly