IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>Defendants. | Civil Action No. 25-10136-LTS |

## **DECLARATION OF KATHERINE CULLITON-GONZÁLEZ**

I, Katherine Culliton-González, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

**Background**

1. From Jan. 2021-Sept. 2022, I was a Presidential Appointee serving as Officer for Civil Rights and Civil Liberties (CRCL) at the Department of Homeland Security (DHS). In this statutory role, I supported the mission of the Department to secure the Nation while preserving our values, including liberty, fairness, and equality under the law.

2. Prior to and after my time at DHS, I have served in a variety of roles in the federal government and in the non-profit sector and national bar associations, and developed significant expertise in civil rights and citizenship, including through peer-reviewed research. I am an attorney and graduated as valedictorian of American University law school in May 1993. I am providing this declaration in my personal capacity.

**The Importance of Birthright Citizenship to American Democracy**

3. As I documented in my 2012 *Harvard Human Rights Law Journal* article, *Born in the Americas: Birthright Citizenship and Human Rights*, limiting birthright citizenship would be antithetical to American democracy, as it is clearly unconstitutional and would upend 157 years of American constitutional norms put in place through the Reconstruction Amendments that were enacted to replace the odious and discriminatory ideas of the *Dred Scott* and previous decisions limiting equal access to citizenship based on race.

4. Limiting birthright citizenship would also undermine the promises of the Civil Rights Act of 1964 and the Immigration and Nationality Act of 1965, which eliminated basing access to citizenship on race or national origin. The great majority of the millions of families and children targeted are people of color, with the majority being Latino.

5. Contrary to popular belief, the United States is not exceptional in providing birthright citizenship. As I documented in 2012, every nation in the Americas except for the Dominican Republic provides birthright citizenship as part of their constitutional promise of equality and democracy. The promise of freedom in the Americas contrasts with the former European monarchies that tried to colonize the people of this hemisphere, including Black and Indigenous peoples provided birthright citizenship as a fundamental promise of constitutional democracy. The U.S. followed suit with the Fourteenth Amendment and the subsequent 1898 Supreme Court decision in *Won Kim Ark*.

**Effects of Executive Order Eliminating Birthright Citizenship**

6. The executive order has clear discriminatory impacts and is disruptive to many aspects of American life including the safety and security of millions of American families and communities. There is no comprehensive list of U.S. citizens, making it impossible to implement without massive mistakes likely resulting in deportation of U.S. citizens and

    misusing resources meant for national security, public safety, health and education.

7. It can be extremely difficult and costly to access a social security card or a passport, and the fear and confusion introduced by this executive order will make access to these documents even more difficult for every child and especially for children of color, who are the majority of the next generation of Americans, across our nation.

8. Foreign policy and economic implications include that Latin American nations may no longer reciprocate by providing citizenship documents for the children of American citizens living abroad, such as the 1.6 million U.S. citizens living in Mexico, disrupting their access to education, health care, ability to work, and property rights.

Signed under pains and penalty of perjury, this 20th day of January 2025.

*Katherine Culliton-González*
Katherine Culliton-González