**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration, <br><br> Defendants. | Civil Action No. 25-10136-LTS |

**DECLARATION OF ARMEN H. MERJIAN**

## DECLARATION OF ARMEN H. MERJIAN

I, Armen H. Merjian, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

## Background

1. I am a graduate of Yale University (*magna cum laude* 1986) and Columbia Law School (Harlan Fiske Stone Scholar 1990), and I am licensed to practice law in Connecticut, New York, and several federal courts.

2. Currently, I am the Senior Staff Attorney at Housing Works, Inc. (Housing Works) in New York, a position that I have held for the last 27 years. Housing Works is a nonprofit organization dedicated to ending the twin crises of homelessness and HIV.

3. The Housing Works Legal Department assists clients in two areas of practice: (a) individual client services, which assists indigent clients with their civil legal needs, including, chiefly, housing issues and public benefits, and (b) impact litigation on matters of importance to the community, including public benefits and housing discrimination. In my capacity as Senior Staff Attorney, I supervise the individual client services and lead the impact litigation. I also regularly speak in city, state, and national fora, and publish in law review articles, books, and other media on issues that include public benefits and housing issues.

## Housing Outcomes Associated with Citizenship

4. In both public and private housing markets, United States citizens tend to fare better than non-citizens, particularly those who are undocumented. For example, undocumented individuals are ineligible for most housing assistance programs, such as Section 8 and myriad state and local housing voucher and subsidy programs. In addition, public housing and project-based rental assistance all restrict eligibility for citizens and documented immigrants. If,

however, at least one member of the household is eligible, the entire household may live in the unit, though the rent is prorated. What this means is that citizenship confers upon families the ability to secure subsidized or public housing. This is critical to the health, safety, and lives of these immigrant families, for stable housing is the wellspring to education, employment, health, wealth accumulation, and prosperity. At Housing Works, we say that "housing is healthcare," for without stable housing, it is impossible to store medication and fresh food, regularly attend medical appointments, and to maintain a strict medical regimen.

5. To take another example, the FEMA Individuals and Households program is available only to individuals with eligible immigration status or households with at least one eligible adult or child. For those facing emergencies, and for those who have often lost everything, the presence of an eligible child can mean the difference between homelessness and stable housing.

6. Here in New York City, families with at least one documented family member are eligible to receive housing from the New York City Housing Authority and Section 8. Undocumented family members are responsible for paying their portion of the rent. Hence, in a family with one citizen child and two undocumented parents, the family is provided with 33% of the subsidy allotted for a family of three. This can make all the difference in providing the family with a chance to thrive, and to ensure the proper development of the child.

7. Similarly, citizenship renders children eligible for all of the programs provided to citizens, including Medicaid, the Supplemental Nutrition Assistance Program (SNAP), child care, and numerous additional federal, state, and local programs. Such programs, combined with safe and secure housing, can make all the difference in the lives of children of the undocumented, and of their families.

8.  Each of these affects the other: most immigrants are renters, and throughout the United States, low-income individuals pay a disproportionately high percentage of their income toward rent. The provision of benefits and services, such as Medicaid and SNAP, helps to ensure that families are not rendered unable to meet their rental obligations as a result of the high cost of childcare, child medical care, and food, to take three examples.

9.  For those excluded from public housing and thus forced into the private rental market, the situation is dire. Lack of legal status renders families of the undocumented disproportionately impecunious, and as a result, such families are often forced to live in overcrowded, unsafe, unsanitary, and unstable conditions. Such families are also more vulnerable to exploitation and to unscrupulous practices by landlords.

10. For example, in New York, many families with undocumented family members find themselves unwittingly renting unsafe and illegal apartments, such as illegal basement apartments. Among other things, these apartments are vulnerable to devastating flooding, and it is my understanding that undocumented individuals have even died as a result of such flooding. These families, together with their children, find it difficult or impossible to assert their housing rights, and to secure, for example, critical repairs to unsafe, unsanitary, and often uninhabitable conditions.

**Effects of Executive Order Eliminating Birthright Citizenship**

11. Over five million U.S. citizen children live with an undocumented family member. If, based upon an executive order, the Social Security administration stopped issuing Social Security numbers and cards to those with a United States birth certificate, and/or if birth certificates were no longer sufficient to establish citizenship, the ability of households with

undocumented individuals, including myriad children, would be severely compromised and restricted.

12. Anything that increases bureaucratic barriers decreases access to housing. Given that, as noted, safe and secure housing is a wellspring to health, education, employment, and childhood development, for example, this poses the very real risk of plunging huge numbers into a downward spiral, in which the inability to access housing leads to homelessness, job loss, lack of childcare, lack of medical coverage, lack of food assistance, lack of educational opportunity, and a host of related maladies. It would cause endless pain and suffering to countless individuals and their families and only exacerbate a homelessness crisis that has reached staggering proportions in municipalities throughout the United States.

Signed under pains and penalty of perjury, this 21st day of January 2025.

_____
Armen H. Merjian