AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| O. Doe, et al., *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:25-cv-10135 |
| Donald J. Trump, et al., *Defendant* | ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 01/24/2025

/s/ Brad P. Rosenberg
*Attorney's signature*

Brad P. Rosenberg, DC Bar No. 467513
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
*Address*

brad.rosenberg@usdoj.gov
*E-mail address*

(202) 514-3374
*Telephone number*

*FAX number*