AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| O. Doe, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| Donald J. Trump, et al., | ) |
| *Defendant* | ) |

Case No.    1:25-cv-10135

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                          .

Date:     01/27/2025

/s/ Yuri S. Fuchs
*Attorney's signature*

Yuri S. Fuchs, CA Bar No. 300379
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
*Address*

Yuri S. Fuchs, CA Bar No. 300379
*E-mail address*

(202) 598-3869
*Telephone number*

(202) 616-8460
*FAX number*