# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>                      Defendants. | Civil Action No.<br>25:cv-10135 LTS |

**ASSENTED-TO MOTION FOR ADDITIONAL PAGES FOR REPLY BRIEF**

      Plaintiffs O. Doe, Brazilian Worker Center, and La Colaborativa ("Plaintiffs") move this Court for an order allowing Plaintiffs up to 10 pages for their Reply brief in support of their pending Motion for Preliminary Injunction.

1. Plaintiffs filed a Motion for Preliminary Injunction on January 23, 2025. ECF 10.

2. On January 24, 2025, the Court set a briefing schedule for the matter, with Defendants' Opposition brief due on January 31, 2025 and Plaintiffs' Reply due on February 4, 2025. ECF 12. The Court's order allowed Plaintiffs 5 pages for a Reply. *Id*.

3. On January 22, 2025, the Court issued an Order to Show Cause in *New Jersey et al. v. Trump et al.* (Case No. 25-cv-10139), to determine whether that case should remain related to this one. *New Jersey*, ECF 26. In their Status Report to the Court, filed on

January 24, 2025, Plaintiffs in the *New Jersey* case proposed a briefing schedule (with Defendants' assent) that aligned with this case and also proposed the following page limits: a 40-page consolidated Opposition brief for Defendants, and a 10-page Reply brief for Plaintiffs. *New Jersey*, ECF 60.

4. On January 24, 2025, the Court issued an Order in the *New Jersey* case which determined that the cases should remain related. *New Jersey*, ECF 71. The Order also stated that the Court "ADOPTS the jointly proposed briefing deadlines…." *Id.*

5. While the Order does not specifically address the *New Jersey* parties' proposal as to brief lengths—*i.e.*, that Defendants be allowed to file a 40-page consolidated Opposition brief, and that the *New Jersey* plaintiffs be allowed to file a 10-page Reply—that appears to be the intent and effect of the Order.

6. Assuming that Defendants will be filing a 40-page Opposition, Plaintiffs respectfully request that their Reply be allowed up to 10 pages. In light of the magnitude of the issues raised by this matter, and the fact that Defendants will now be filing a 40-page Opposition, Plaintiffs believe that 10 pages will be required to fully respond to the Opposition and to provide the Court with adequate briefing.

7. Allowing 10 pages for Plaintiffs' Reply will also align with what appears to be the page length allowed for the *New Jersey* Plaintiffs' Reply.

8. I have communicated with counsel for the Defendants in this matter, who assent to this Motion. They have requested, if the Court grants the Motion, that the Court also confirm the page limitations in the *New Jersey* case—*i.e.*, that Defendants may file a 40-page consolidated Opposition and that the *New Jersey* plaintiffs' Reply may be up to 10 pages.

WHEREFORE, Plaintiffs request leave to file a Reply brief of up to 10 pages.

Dated:  January 28, 2025                                          Respectfully submitted,

*/s/  Oren Sellstrom*
Oren Sellstrom (BBO #569045)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145
osellstrom@lawyersforcivilrights.org
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on January 28, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: January 28, 2025

/s/ *Oren Sellstrom*
Oren Sellstrom (BBO #569045)