UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     *Defendants*. | Case No. 1:25-cv-10135-LTS |
| STATE OF NEW JERSEY, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     *Defendants*. | Case No. 1:25-cv-10139-LTS |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY**

Pending before this Court is the Doe Plaintiff's Motion to Proceed Pseudonymously, ECF No. 2, filed on January 21, 2025. This Court granted the Doe Plaintiff's motion on January 23, 2025, making that order subject to de novo review "if the defendants oppose the request within seven days of their appearance." ECF No. 9. At this time, Defendants do not oppose the Doe Plaintiff's motion, provided that Plaintiffs provide the Doe Plaintiff's identity on request if necessary to permit Defendants to fully defend this case. Defendants also reserve the right to

request at a future date that the Court enter a protective order, or to move to unseal portions of the sealed declaration should the need arise.

Dated: January 31, 2025

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Yuri S. Fuchs*
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF.

Dated: January 31, 2025

*s/ Yuri S. Fuchs*
Yuri S. Fuchs
