AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Doe, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CV-10135 |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute.

Date: 02/03/2025

s/ Matthew O'Brien
*Attorney's signature*

Matthew J. O'Brien, BBO 635162
*Printed name and bar number*

25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001

*Address*

mobrien@irli.org
*E-mail address*

(202) 742-1843
*Telephone number*

(202) 464-3590
*FAX number*