AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| O. Doe et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10135 |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Tennessee                                                                                   .

Date:      02/03/2025                                             /s/ Andrew C. Coulam
                                                                        *Attorney's signature*

                                                             Andrew C. Coulam (BBO# 654197)
                                                                   *Printed name and bar number*
                                                         Office of the Tennessee Attorney General
                                                                          P.O. Box 20207
                                                                     Nasvhille, TN 37202-0207

                                                                             *Address*

                                                               andrew.coulam@ag.tn.gov
                                                                        *E-mail address*

                                                                        (615) 741-1868
                                                                      *Telephone number*

                                                                          *FAX number*

| **Print** | **Save As...** | **Reset** |