AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Doe, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10135-LTS |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee as Amicus Curiae.

Date: 02/04/2025

/s/James Matthew Rice
*Attorney's signature*

James Matthew Rice (TN #040032)
*Printed name and bar number*

Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
*Address*

matt.rice@ag.tn.gov
*E-mail address*

(615) 532-6026
*Telephone number*

(615) 741-2009
*FAX number*