IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **O. DOE,** *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-10135-LTS<br><br>Honorable Leo T. Sorokin |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
IN OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Frank L. McNamara Jr., Esq.
McNamara & Associates
53 Wilder Road
Bolton, MA 01740
Tel: (978) 333-9608
franklmcnamara@gmail.com

Maureen S. Riordan
Public Interest Legal Foundation, Inc.
107 S. West Street, Ste 700
Alexandria, VA 22314
Tel: (703) 745-5870
mriordan@PublicInterestLegal.org

Edwin Meese III, proposed *amicus curiae*, ("*Amicus*") moves for leave to file the attached *amicus* brief in opposition to Plaintiffs' motion for preliminary injunction. Counsel for *Amicus* conferred with counsel for all parties and Defendants consent to the filing of an *amicus* brief. Counsel for the Plaintiffs have not responded by the time of this filing. In furtherance of the motion, proposed *Amicus* states as follows:

1. Edwin Meese III is a former Attorney General of the United States with extensive knowledge and experience in constitutional law, governmental structure, and the separation of powers. His decades of public service and scholarship provide him with unique insight into the constitutional implications of the issues presented in this case. *Amicus* seeks to assist the Court by providing analysis on the constitutional concerns raised by Plaintiffs' request for a preliminary injunction.

2. The attached *amicus* brief will address the constitutional concerns implicated by the requested injunction, including issues related to Constitutional interpretation and legislative history surrounding the adoption of the Fourteenth Amendment.

3. Courts have recognized that *amici curiae* can provide important legal perspectives that assist in the resolution of complex constitutional matters. Here, *Amicus* offers a perspective rooted in constitutional history and legal precedent that will provide the Court with an additional framework for analyzing the constitutional limits on injunctive relief in this context.

4. By filing his brief, *Amicus* does not seek to enlarge the issues before the Court but merely to provide supplemental constitutional analysis that may aid in the Court's decision. The filing of the *amicus* brief will not result in delay or prejudice to any party. Conversely, if filing of the *amicus* brief is not allowed, Defendants will be prejudiced, and, worse, this tribunal will be

deprived of a perspective and depth of analysis by which its ultimate decision may be enriched and strengthened.

## CONCLUSION

For the foregoing reasons, *Amicus* respectfully requests that this motion be allowed and the attached *amicus* brief be accepted for filing.

Dated: February 4, 2025

Respectfully submitted,
/s/ Frank L. McNamara, Jr., Esq
Frank McNamara
McNamara & Associates
53 Wilder Road
Bolton, MA 01740
Tel: (978) 333-9608
franklmcnamara@gmail.com

Maureen S. Riordan
Public Interest Legal Foundation, Inc.
107 S. West Street, Ste 700
Alexandria, VA 22314
Tel: (703) 745-5870
mriordan@PublicInterestLegal.org

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*Signed under the pains and penalties of perjury.*


Dated: February 4, 2025.


                      /s/ Frank L. McNamara, Jr., Esq.
                      Frank L. McNamara, Jr., Esq.
                      (BBO #339300)
                      McNamara & Associates
                      53 Wilder Road
                      Bolton, MA  01740
                      Tel: (978) 333-9608
                      Email: franklmcnamara@gmail.com