AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| O. Doe, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10135 |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants                                             .

Date:   02/06/2025

/s/ Eric J. Hamilton
*Attorney's signature*

Eric J. Hamilton, NE Bar No. 25886
*Printed name and bar number*

U.S. Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530
*Address*

eric.hamilton@usdoj.gov
*E-mail address*

(202) 514-3301
*Telephone number*

*FAX number*