# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>                      Plaintiffs,<br><br>            v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>                      Defendants. | Civil Action No. 25-10135 |

## PROOF OF SERVICE OF SUMMONS & COMPLAINT

As reflected in the attached Affidavit of Service, Plaintiffs have executed service on the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served President Donald J. Trump, U.S. Department of State, U.S. Social Security Administration, Secretary Marco Rubio, and Acting Commissioner Michelle King in accordance with Fed. R. Civ. P. 4(i)(2).

Therefore, the United States has been served with copies of the Complaint and the summonses for all Defendants and each Defendant has been served with a copy of the Complaint and the summons for that Defendant.

2

Dated:  February 6, 2025	Respectfully submitted,

*/s/  Jacob M. Love*
Jacob M. Love (BBO #699613)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(857) 264-0416
jlove@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: February 6, 2025

*/s/ Jacob M. Love*
Jacob M. Love (BBO #699613)