IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>                       Plaintiffs,<br><br>              v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>                       Defendants. | Civil Action No. 25-10135 |

## AFFIDAVIT OF SERVICE

I, Isabelle Longfellow, hereby state and affirm as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I have received summonses directed to each of the Defendants in the above-captioned matter as well as the Complaint filed in said matter.

3. On February 6, 2025, I sent by certified mail:

    a. Copies of the Complaint and the summons for Defendant Trump addressed to Donald J. Trump, 1600 Pennsylvania Ave. NW, Washington, DC 20530;

    b. Copies of the Complaint and the summons for Defendant Rubio addressed to Marco Rubio, U.S. Department of State, Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th St. NW, Ste. 5.600, Washington, DC 20522;

1

c. Copies of the Complaint and the summons for Defendant U.S. Department of State addressed to U.S. Department of State, Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th St. NW, Ste. 5.600, Washington, DC 20522;

d. Copies of the Complaint and the summons for Defendant King addressed to Michelle King, Office of the General Counsel, Social Security Admin., 6401 Security Blvd, Baltimore, MD 21235;

e. Copies of the Complaint and the summons for Defendant U.S. Social Security Administration addressed to U.S. Social Security Administration, Office of the General Counsel, Social Security Admin., 6401 Security Blvd, Baltimore, MD 21235;

f. Copies of the Complaint and the summonses for all Defendants addressed to Civil-Process Clerk, U.S. Attorney's Office for the District of Massachusetts, 1 Courthouse Way, Ste. 9200, Boston, MA 02110; and

g. Copies of the Complaint and the summonses for all Defendants addressed to Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530.

I swear and affirm that the foregoing is true and correct under the pains and penalties of perjury this 6th day of February 2025.

*[signature]*

Isabelle Longfellow