AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| O. Doe, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10135-LTS |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                          .

Date:   02/19/2025

/s/ Michael P. Sady
*Attorney's signature*

Michael P. Sady
*Printed name and bar number*

U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
*Address*

michael.sady@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

*FAX number*