UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-10135-LTS |

## NOTICE OF WITHDRAWAL

Pursuant to L.R. 83.5.2(c)(1), please note the withdrawal of appearance of the undersigned Assistant United States Attorney, on behalf of the Defendants in the above-captioned matter.

Respectfully submitted,

LEAH B. FOLEY,
United States Attorney

Dated: February 20, 2025     By:     /s/ Michael Sady
MICHAEL SADY
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
michael.sady@usdoj.gov