UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10135-LTS |

**CONSENT MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE**

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 30-day extension of their April 11, 2025 deadline to respond to Plaintiffs' Complaint, thus making their response due on or before May 12, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C) (providing that, if the last day of a period of time specified in the Federal Rules is a Saturday, Sunday, or legal holiday, the period continues to run to the next day that is not a Saturday, Sunday, or legal holiday). As relevant to this motion, Defendants state:

1. Plaintiffs' Complaint was filed on January 20, 2025, and was then followed by their Motion for a Preliminary Injunction on January 23, 2025. ECF Nos. 1, 10.

2. Plaintiffs effectuated service of their Complaint on Defendants through service on the United States Attorney's Office on January 22, 2025. *See* Fed. R. Civ. P. 4(i)(1)(A)(i)-(ii).

3. Thus, pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' response to the Complaint is currently due on April 11, 2025.

4. On February 13, 2025, this Court issued an Order and Opinion granting Plaintiffs'

motion for a preliminary injunction, which enjoins the implementation and enforcement of Executive Order 14160, "Protecting the Meaning and Value of American Citizenship" ("Executive Order" or "EO").  ECF Nos. 46-47.

5.     Defendants subsequently appealed the Court's Order on February 19, 2025, to the United States Court of Appeals for the First Circuit and moved to stay the Court's order pending appeal in the consolidated *State of New Jersey et al. v. Trump et al.*, 1:25-cv-10139 (D. Mass.) litigation (hereinafter "*State of New Jersey*"). ECF No. 48; *see also State of New Jersey et al. v. Trump et al.*, 1:25-cv-1039, ECF No. 157 (D. Mass. Feb. 19, 2025).

6.     On February 26, 2025, the Court denied Defendants' motion to stay the preliminary injunction in the *State of New Jersey* litigation pending appeal. *See State of New Jersey et al. v. Trump et al.*, 1:25-cv-1039, ECF No. 165 (D. Mass. Feb. 26, 2025). The First Circuit then denied Defendants' partial motion to stay the preliminary injunction on March 11, 2025. *See State of New Jersey. et al. v. Trump et al.*, 25-1170 (1st Cir. Mar. 11, 2025).

7.     On March 13, 2025, Defendants filed an application for a partial stay of the injunction issued in the *State of New Jersey* litigation in the Supreme Court of the United States. Any response to that application is due on April 3, 2025.

8.     Given that Defendants' application to the Supreme Court remains pending and that the application may not be resolved by the time of Defendants' deadline to respond to the Complaint, Defendants, with Plaintiffs' consent, seek an additional 30 days to respond to Plaintiffs' Complaint.  Defendants submit that it would not be prudent to spend time and resources responding to the Complaint until the Supreme Court resolves the application and the First Circuit disposes of Defendants' appeal. Defendants therefore seek a short extension of the existing response deadline.

9. Plaintiffs, through counsel, have stated that they assent to this relief.

10. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

11. Accordingly, Defendants request a 30-day extension of the response deadline until May 12, 2025.

Dated: March 19, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LEAH B. FOLEY
United States Attorney

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Yuri S. Fuchs*
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: March 19, 2025

*/s/ Yuri S. Fuchs*
Yuri S. Fuchs
Trial Attorney

Case 1:25-cv-10135-LTS    Document 53    Filed 03/19/25    Page 4 of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: March 19, 2025

*/s/ Yuri S. Fuchs*
Yuri S. Fuchs
Trial Attorney
