IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE; BRAZILIAN WORKER CENTER, INC.; LA COLABORATIVA,<br><br>                      Plaintiffs,<br><br>              v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; U.S. SOCIAL SECURITY ADMINISTRATION; MARCO RUBIO, in his official capacity as Secretary of State; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration,<br><br>                      Defendants. | Civil Action No. 25-10135-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), please note the withdrawal of the appearance of Jacob M. Love for plaintiffs O. Doe, Brazilian Worker Center, and La Colaborativa ("Plaintiffs"). No motion is pending in this case, no trial date or evidentiary hearing has been set, and no reports are due. Plaintiffs will continue to be represented by counsel of record from Lawyers for Civil Rights.

Dated: June 11, 2025

Respectfully submitted,

*/s/ Jacob M. Love*
Jacob M. Love (BBO #699613)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(857) 264-0416
jlove@lawyersforcivilrights.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 11, 2025, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                    */s/ Jacob M. Love*
                                                    Jacob M. Love