UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10135-LTS |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Yuri S. Fuchs, withdraws his appearance as counsel for Defendants in the above-captioned case. Mr. Fuchs is leaving the Department of Justice with his last in-person day being July 11, 2025. Defendants will continue to be represented by attorneys for the Department of Justice.

Dated: July 11, 2025

*s/ Yuri S. Fuchs*
YURI S. FUCHS
Trial Attorney (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF.

Dated: July 11, 2025

/s/ *Yuri S. Fuchs*
Yuri S. Fuchs