## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-10135-LTS |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c)(1), Whitney D. Hermandorfer, Director of Strategic Litigation, Office of the Tennessee Attorney General and Reporter, notices her withdrawal as counsel for amicus curiae the State of Tennessee in the above-captioned matter and respectfully requests that she be terminated from the electronic docket. Ms. Hermandorfer is departing her position at the Office of the Tennessee Attorney General effective July 15, 2025, and will no longer be associated with this case. Attorneys Andrew C. Coulam and James Matthew Rice, each of whom have previously appeared in this case on behalf of the State of Tennessee, will continue to represent the State of Tennessee as successor counsel.

To effectuate notice to the State of Tennessee, Ms. Hermandorfer orally notified the Chief Deputy Attorney General of her withdrawal; the State of Tennessee consents.

[Remainder of page intentionally left blank]

DATED: July 15, 2025                              Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

*/s/      Whitney D. Hermandorfer*
Whitney D. Hermandorfer (TN Bar 041054)
Director of Strategic Litigation
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov

*Pro Hac Vice Counsel for the State of Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/     *Whitney D. Hermandorfer*
Whitney D. Hermandorfer
Director of Strategic Litigation
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*