UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10135-LTS |

**ASSENTED-TO MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE TO SEPTEMBER 10, 2025**

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 30-day extension of their August 11, 2025 deadline to respond to Plaintiffs' Complaint, thus making their response due on or before September 10, 2025. As relevant to this motion, Defendants state:

1. Plaintiffs' Complaint was filed on January 20, 2025, and was then followed by their Motion for a Preliminary Injunction on January 23, 2025. ECF Nos. 1, 10.

2. Plaintiffs effectuated service of their Complaint on Defendants through service on the United States Attorney's Office on January 22, 2025. *See* Fed. R. Civ. P. 4(i)(1)(A)(i)-(ii).

3. Thus, pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' response to the Complaint was originally due on April 11, 2025. Defendants filed an assented-to motion for an extension of time to respond to the Complaint on March 19, 2025, ECF No. 53, which this Court granted on March 20, 2025, ECF No. 54. Defendants then filed additional assented-to motions for an extension of time to respond to the Complaint, ECF Nos. 57, 59, & 64, this Court

granted, ECF Nos. 58, 60, & 65. Pursuant to the latest extension, Defendants' response to the Complaint is currently due on August 11, 2025.

4. Meanwhile, on February 13, 2025, this Court issued an Order and Opinion granting Plaintiffs' motion for a preliminary injunction, which enjoins the implementation and enforcement of Executive Order 14160, "Protecting the Meaning and Value of American Citizenship" ("Executive Order" or "EO"). ECF Nos. 46-47.

5. Defendants subsequently appealed the Court's Order on February 19, 2025, to the United States Court of Appeals for the First Circuit and moved to stay the Court's order pending appeal in the related *State of New Jersey et al. v. Trump et al.*, 1:25-cv-10139 (D. Mass.) (hereafter the "*State of New Jersey*") ECF Nos. 48 & 157 (D. Mass. Feb. 19, 2025). On June 27, 2025, the Supreme Court partially granted Defendants' application for a stay of this Court's preliminary injunction in *State of New Jersey* "to the extent that the injunction[n] [is] broader than necessary to provide complete relief to each plaintiff with standing to sue." *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631 at * 15 (U.S. June 27, 2025).

6. On July 3, 2025, the First Circuit remanded this case and *State of New Jersey* to this Court for determination on the breadth of the previously ordered preliminary injunction. ECF No. 62. On July 25, 2025, the Court issued an order in *State of New Jersey* declining to modify the injunction originally issued in that case. *State of New Jersey*, ECF No. 203.

7. There are multiple other lawsuits challenging the same Executive Order being challenged in this case. In fact, the Ninth Circuit recently issued an opinion affirming the scope of the preliminary injunction issued on behalf of various plaintiff states. *State of Washington, et al., v. Donald J. Trump, et al.*, 2:25-cv-127, ECF No. 150, (D. Wash. July 28, 2025) In a recent joint status report, the Parties informed the Court of Defendants position that the "Solicitor General

plans to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the Citizenship Order next Term, but he has not yet determined which case or combination of cases to take to the Court." *Id.* at 151. It is also anticipated that ongoing appellate developments may affect the Court's injunction or might impact the substance of Defendants' responsive pleading. In light of these developments, Defendants seek another short extension of the existing response deadline in this case.

8. Plaintiffs, through counsel, have stated that they assent to this relief.

9. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

10. Accordingly, Defendants request a 30-day extension of the response deadline, until September 11, 2025.

Dated: August 8, 2025

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Kathleen C. Jacobs*
R. CHARLIE MERRITT
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: August 8, 2025

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: August 8, 2025

                                                      */s/ Kathleen C. Jacobs*
                                                       Kathleen C. Jacobs
                                                       Trial Attorney