UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>                  *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                  *Defendants*. | Case No. 1:25-cv-10135-LTS |

**ASSENTED-TO MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE TO OCTOBER 10, 2025**

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 30-day extension of their September 10, 2025 deadline to respond to Plaintiffs' Complaint, thus making their response due on or before October 10, 2025. As relevant to this motion, Defendants state:

    1.    This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

    2.    Plaintiffs' Complaint was filed on January 20, 2025. *See* ECF No. 1. This Court recently granted a motion to extend the deadline to respond to that Complaint on August 11, 2025. *See* ECF No. 69. Pursuant to that order, Defendants' response to the Complaint is currently due on September 10, 2025.

    3.    There are multiple other lawsuits challenging the same Executive Order that is being challenged in this case, including another lawsuit pending before this same Court which declined to modify the injunction originally issued in that case. *See State of New Jersey, et al. v.*

*Donald J. Trump, et al.*, No. 1:25-cv-10139-LTS, Order on Scope of Preliminary Injunction ECF No. 203. To that end, the Solicitor General of the United States plans to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the Executive Order next Term, but he has not yet determined which case or combination of cases to take to the Court. In light of these and other developments, Defendants seek another short extension of the existing response deadline in this case.

4. Plaintiffs, through counsel, have stated that they assent to this relief.

5. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

6. Accordingly, Defendants request a 30-day extension of the response deadline, until October 10, 2025.

Dated: September 4, 2025

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Kathleen C. Jacobs*
R. CHARLIE MERRITT
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

**<u>LOCAL RULE 7.1 CERTIFICATION</u>**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: September 4, 2025

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: September 4, 2025

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs
Trial Attorney