UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>              *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>              *Defendants*. | Case No. 1:25-cv-10135-LTS |

## ASSENTED-TO MOTION TO STAY ANSWER DEADLINE

Defendants hereby move for a stay of their October 10, 2025 deadline to respond to Plaintiffs' Complaint.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the defendant agencies in this case. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of Defendants' October 10, 2025 deadline to respond to Plaintiffs' Complaint until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at

that point, Defendants' answer deadline be extended commensurate with the duration of the lapse in appropriations – *i.e.*, the answer deadline would be extended by the total number of days of the lapse in appropriations.

5. Plaintiffs, through counsel, have stated that they assent to this relief.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of their answer deadline until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar No. 89400)
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-616-8098
Fax: 202-616-8460
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: October 1, 2025

                                                */s/ R. Charlie Merritt*
                                                R. Charlie Merritt
                                                Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: October 1, 2025

                                                                       */s/ R. Charlie Merritt*
                                                                       R. Charlie Merritt
                                                                       Trial Attorney