UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10135-LTS |

## ASSENTED-TO MOTION TO STAY DISTRICT COURT PROCEEDINGS

Defendants respectfully move to stay all district court proceedings in this case.[1] In support thereof, Defendants state:

1. This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2. Plaintiffs' Complaint was filed on January 20, 2025. *See* ECF No. 1. Soon after, Plaintiffs sought a preliminary injunction, which this Court granted on February 13, 2025. *See* ECF Nos. 46-47. Defendants appealed the injunction to the First Circuit on February 19, 2025. *See* ECF No. 48. Simultaneously, the United States also appealed this Court's preliminary injunction in *State of New Jersey v. Trump*, No. 1:25-cv-10139 (ECF No. 154). As this Court is aware, there have been subsequent proceedings in *State of New Jersey* applying the Supreme Court's decision in *Trump v. CASA, Inc.*, 606 U.S. 831 (2025), but the preliminary injunctions

---

[1] Defendants previously sought a stay of their deadline to respond to the Complaint due to the lapse in appropriations. *See* ECF No. 72. This Court granted that motion, setting a deadline for Defendants to file their responsive pleading within ten days of the restoration of appropriations. Appropriations were restored effective November 13, 2025.

entered by this Court remain in effect.

3. In the meantime, numerous other courts have issued preliminary injunctions regarding the same Executive Order being challenged in this case. The United States District Court for the District of New Hampshire granted provisional class certification and issued a preliminary injunction in *"Barbara" v. Trump*, No. 25-cv-244-JL-AJ, ECF Nos. 64, 65. The United States appealed that preliminary injunction, *see id.*, ECF No. 70, and shortly thereafter filed a petition for a writ of certiorari with the Supreme Court. *See Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025). The United States has also sought certiorari in *State of Washington v. Trump*. *See Trump v. State of Washington*, No. 25-364 (U.S. filed Sept. 26, 2025).

4. Because the United States is now seeking certiorari in both *Barabara* and *State of Washington*, there is no need at this time for any further proceedings in this case.

5. For these reasons, Defendants request a stay of all district court proceedings pending the Supreme Court's disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted. A stay would preserve the resources of both the parties and the Court while the Supreme Court considers these issues.

6. Defendants' counsel have conferred with counsel for Plaintiffs regarding this motion. Plaintiffs assent to the motion.

Accordingly, Defendants request that all district court proceedings be stayed pending the Supreme Court's disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted.

Dated: November 17, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: November 17, 2025

                                                     *s/ Kathleen C. Jacobs*
                                                   KATHLEEN C. JACOBS
                                                   Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: November 17, 2025

                                           *s/ Kathleen C. Jacobs*
                                           KATHLEEN C. JACOBS
                                           Trial Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-10135-LTS |

## **[PROPOSED] ORDER**

Defendants have moved to stay all district court proceedings pending the disposition of petitions for writs of certiorari filed in *Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025), and *Trump v. State of Washington*, No. 25-364 (U.S. filed Sept. 26, 2025). Plaintiffs assent to the motion. For good cause shown, Defendants' motion shall be, and hereby is, GRANTED, and all proceedings in this case are hereby STAYED pending the disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted. Defendants shall notify the Court within 14 days of the disposition of the petitions for writs of certiorari or, if certiorari is granted, within 14 days of the Supreme Court's resolution of merits proceedings in either case, whichever is later. IT IS SO ORDERED.

_____
Leo T. Sorokin
United States District Judge

_____
Date