# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 30, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Donald J. Trump, President of the United States, et al.
         v. O. Doe, et al.
         No. 25-899
         (Your No. 25-1169, 25-1170; 25-1348)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 30, 2026 and placed on the docket January 30, 2026 as No. 25-899.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst