**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

O. DOE, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants*.

Case No. 1:25-cv-10135-LTS

**JOINT STATUS REPORT**

Pursuant to the Court's electronic order of September 8, 2026 (ECF No. 82), the parties respectfully submit this joint status report. The Court issued a preliminary injunction on February 13, 2025, prohibiting Defendants from enforcing or implementing the Executive Order No. 14160 entitled "Protecting the Meaning and Value of American Citizenship" nationwide. *See* ECF Nos. 46-47. On July 23, 2025, the First Circuit affirmed this Court's preliminary injunction. *See* ECF No. 74.[1]

Following the First Circuit's decision, this Court extended the stay of these proceedings pending the outcome of Defendants' petitions for writ of certiorari of *Trump v. Barbara*, and *State of Washington v. Trump*. ECF Nos. 77 & 78.

On June 30, 2026, the Supreme Court issued its opinion in *Trump v. Barbara*, holding that Executive Order No. 14160 is facially unconstitutional because under the Fourteenth Amendment's Citizenship Clause, "children born of parents unlawfully or temporarily present in the United States" "satisfy both elements of the Citizenship Clause: they are 'born . . . in the United States' and 'subject

[1] The First Circuit did vacate part of the preliminary injunction but only in the limited respect that, "given the nature of the underlying claims, the preliminary injunctions may apply only to agency officials, rather than the agencies themselves." *Id.* at 7 n.2.

to the jurisdiction thereof.' Under the Constitution, they are citizens at birth." 609 U.S. ___, 146 S. Ct. 2438, 2450 (2026). The Supreme Court also denied the petitions in this case and all related cases the same day. *See Trump v. O. Doe*, --- S. Ct. ----, 2026 WL 1871309 (June 30, 2026).

The parties agree that final judgment in Plaintiffs' favor and a permanent injunction are now appropriate in this case and are negotiating to determine if agreement can be reached on the language of a proposed final judgment with an injunction. The parties propose submitting a joint proposed final judgment to the Court by September 29, 2026 or, if agreement cannot be reached, Plaintiffs and Defendants will each submit a proposed final judgment for the Court's consideration.

Dated: September 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Chief Litigation Counsel

*s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615

Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

/s/ *Oren Sellstrom*__________
Oren Sellstrom (BBO # 569045)
Iván Espinoza-Madrigal (BBO # 708080)
Mirian Albert (BBO #710093)
Lawyers for Civil Rights
141 Tremont Street, 2d Floor
Boston, MA 02111
osellstrom@lawyersforcivilrights.org
malbert@lawyersforcivilrights.org

*Attorneys for Plaintiffs*