**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| O. DOE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10135-LTS |

**[PROPOSED] JUDGMENT**

It is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in Plaintiffs' favor and against Defendants. Plaintiffs are prevailing parties on Count I (Fourteenth Amendment) and Count III (8 U.S.C. §1401) of their Complaint for the reasons explained by the Supreme Court in *Trump et al. v. Barbara*, 609 U.S. ___, 146 S. Ct. 2438 (2026). Courts II and IV of Plaintiffs' Complaint are DISMISSED without prejudice. Consistent with *Trump et al. v. Barbara*, Executive Order 14160 is declared unlawful and the preliminary injunction previously entered in this matter is made permanent as follows: Defendants Secretary of the United States Department of State, Commissioner of the United States Social Security Administration, and all officers, agents, employees, attorneys, and any other persons acting in concert with or on behalf of any named Defendants in this action (including agents, employees, or other representatives of the President of the United States) are ENJOINED from enforcing Executive Order 14160 against Plaintiff O. Doe or against any member of Plaintiffs La Colaborativa or the Brazilian Worker Center.

SO ORDERED.

______________________________
United States District Judge